## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**KENISHA GRAY**                                                                   **CIVIL ACTION**

**VERSUS**

**NO. 21-630-BAJ-RLB**

**COMMISSIONER OF SOCIAL SECURITY**

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on July 27, 2022.

                                                                         _____
                                                                         **RICHARD L. BOURGEOIS, JR.**
                                                                         **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENISHA GRAY** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 21-630-BAJ-RLB** |
| **COMMISSIONER OF SOCIAL SECURITY** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court *sua sponte* regarding Plaintiff's, Kanisha Gray ("Plaintiff"), failure to serve the defendant within the time limitations provided by Rule(m) of the Federal Rules of Civil Procedure.

Plaintiff, proceeding *pro se*, initiated this action on November 2, 2021, seeking judicial review of a final decision of the Commissioner of the Social Security Administration pursuant to 42 U.S.C. § 405(g).

A review of the record reveals that the defendant has not been served. Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Rule further provides that the Court "must extend the time for service for an appropriate period" if the plaintiff is able to show good cause for his failure. *Id.*

On May 18, 2022, the Court issued an Order requiring Plaintiff to show cause, in writing, why her claims should not be dismissed for failure to serve the defendants within the time allowed by Rule 4. (R. Doc. 6). Plaintiff was specifically warned that failure "to show cause or

provide proof of service by June 15, 2022, may result in dismissal of the action, without prejudice, under Rule 4(m) without further notice to plaintiff." (R. Doc. 6).

Plaintiff failed to respond to the Court's show cause order and has not taken any other action to accomplish service. As such, Plaintiff's claims should be dismissed.

Considering the foregoing,

**IT IS RECOMMENDED** that this action be dismissed, without prejudice, for failure of Plaintiff to serve the defendant as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on July 27, 2022.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**