UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENISHA GRAY                                    CIVIL ACTION

VERSUS

COMMISSIONER OF SOCIAL
SECURITY                                           NO. 21-00630-BAJ-RLB

## RULING AND ORDER

Before the Court is the Complaint filed by Plaintiff Kenisha Gray. (Doc. 1). Plaintiff seeks judicial review of the Commissioner of the Social Security Administration's final decision denying her application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (*Id.*). A review of the record reveals that Defendant has not be served. On May 18, 2022, the Court issued an Order requiring Plaintiff to show cause, in writing, why her claims should not be dismissed for failure to serve Defendant within the time allowed under Federal Rule of Civil Procedure 4. (Doc. 6). Plaintiff was specifically warned that failure "to show cause or provide proof of service by June 15, 2022, may result in dismissal of the action, without prejudice, under Rule 4(m) without further notice to plaintiff." (*Id.*).

The Magistrate Judge issued a **Report and Recommendation (Doc. 7)**, recommending that the Court dismiss this action, without prejudice, for failure to serve Defendant as required by Federal Rule of Civil Procedure 4(m).

There are no objections to the Report and Recommendation.[1]

Having carefully considered the underlying appeal, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that this action be dismissed, without prejudice, for failure of Plaintiff to serve the defendant as required by Federal Rule of Civil Procedure 4(m).

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 15th day of August, 2022

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The Magistrate Judge emphasized the following in the Report and Recommendation:

> Under 28 U.S.C. § 636(b)(1), you have 14 days from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.
>
> ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

No timely objection was filed.